**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DONIAL DAVIS
Reg #13057-076                                                                                          PETITIONER

VS.                                    2:10-CV-00013-SWW/JTR

T.C. OUTLAW,
Warden, FCI- Forrest City                                                                           RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 23RD  DAY OF APRIL, 2010.


                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE